# EXHIBIT 1

HOLLAND & KNIGHT LLP
Ashley L. Shively
560 Mission Street, Suite 1900
San Francisco, CA  94105
Telephone:  415.743.6900
Fax:  415.743.6910
E-mail: *ashley.shively@hklaw.com*

*Attorney for Defendants Fox Sports Australia
Pty Limited and Fox Sports Streamco Pty Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH BLAKELEY, on behalf of himself and all others similarly situated, | Case No.: 3:24-cv-04923-VC |
| Plaintiffs, | **DECLARATION OF CATE HEFELE** |
| v. | |
| The NATIONAL RUGBY LEAGUE, and Australian Private Company, FOX SPORTS AUSTRALIA PTY LIMITED, an Australian Private Company, and FOX SPORTS STREAMCO PTY LIMITED, an Australian Private Company, | |
| Defendants. | |

I, Cate Hefele, declare as follows:

1.      I am the Executive Director, Go to Market, Streaming at Foxtel Group and have held this position since May 2024. I commenced employment at Foxtel Management Pty Limited ("Foxtel") in September 2020.

2.      In my current role, I am responsible for end-to-end, go-to-market and growth strategy and operations for streaming services, and the teams that support advertising, marketing, and media

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

strategy, among other things, for the Watch NRL product, or WatchNRL.com ("the Website") report up to me.

3. I submit this declaration based on my personal knowledge, along with my review of the business records, electronic databases, or other sources of information generated and maintained by Fox Sports Australia and/or Foxtel in the ordinary course of business, and I am informed and believe that the statements herein are true and correct as of today's date. If called as a witness, I could and would competently testify thereto.

4. Foxtel merged with Fox Sports Australia in 2018 to form the Foxtel Group. Fox Sports is a division of Foxtel Group and includes Fox Sports Australia Pty Limited ("Fox Sports Australia") and Fox Sports Australia's wholly-owned subsidiary Fox Sports StreamCo Pty Limited ("Fox Sports StreamCo" and collectively with Fox Sports Australia, the "Fox Sports Defendants").

5. The Fox Sports Defendants operate the Website.

6. The Fox Sports Defendants are organized under the laws of Australia, with their principal places of business in New South Wales, Australia.

7. The Fox Sports Defendants do not have an office or other place of business in California or in the United States.

8. The Fox Sports Defendants do not have a registered agent for service of process in California or any other U.S. state.

9. The Fox Sports Defendants do not own or possess real or tangible personal property in the United States.

10. The Fox Sports Defendants do not have bank accounts in the United States, nor do they pay taxes in the United States.

11. The Fox Sports Defendants have no employees.

12. Foxtel Group staff, including any involved in the day-to-day operations and maintenance of the Website, or implementation and use of the Meta Pixel in connection with the Website, are employed by Foxtel. All Foxtel employees and any business records regarding use of the Meta Pixel on the Website, are located in Australia.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

- 2 -                                  Case No. 3:24-cv-04923-VC
DECLARATION OF CATE HEFELE

**Watch NRL Does Not Target California or U.S. Residents**

13.     The Website allows subscribers to stream matches of Australia's National Rugby League ("NRL") and view related content. Streaming is only available to subscribers while outside of Australia, New Zealand, and some Pacific Island Nations. Other content on the Website such as scores and schedules is available to subscribers regardless of location.

14.     The Website is accessible around the globe and attracts an international audience. In the 2024 calendar year, only around 1% of all Website visitors had a California IP address.

15.     Since August 2022, Watch NRL has periodically run ad campaigns through Meta. Based on my review of the available campaign data, ads often target consumers with an interest in rugby league or similar sports. Watch NRL has not run geographically-targeted ad campaigns on Meta based solely on consumers' location in California.

16.     Clicking on a Watch NRL advertisement seen on Facebook or Instagram (both owned by Meta) brings the consumer to the Website. The available reporting on "link clicks" (being the number of clicks on links within the ads that led to the Website) for the period from August 1, 2022 to December 1, 2024 indicates that consumers from more than 31 different countries clicked on Watch NRL Meta advertisements. Of that, under 1% of link clicks originated from a California IP address, amounting to approximately $1,953 AUS in ad spend. Total ad spend attributable to clicks on Meta ads from all U.S. IP addresses was approximately $13,388 AUS.

**Users Affirmatively Agree to the Terms and Conditions and Privacy Policy When They Create a WatchNRL.com Account**

17.     To stream video content on the Website, an individual must sign up for a subscription and create an account on the Website. To create an account, the user must check a box stating, "I agree to the Terms and Conditions and acknowledge that my personal information will be treated by FOX SPORTS in accordance with the FOX SPORTS Privacy Policy and by the NRL in accordance with the NRL Privacy Policy."  The signup window includes direct links to the Terms and Conditions, Fox Sports Privacy Policy, and NRL Privacy Policy. There is also a direct link provided just under the "Continue" button to the portion of the Fox Sports Privacy Policy discussing its "data collection" practices.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910



18.    A user cannot "Continue" in the account creation process, or stream video content on the Website, unless and until the user affirmatively checks the box affirming their agreement to the Terms and Privacy Policy.



- 4 -                          Case No. 3:24-cv-04923-VC

DECLARATION OF CATE HEFELE

Docusign Envelope ID: 2DA83D94-DFD5-4FDC-9096-9C04E4C8CA38



19.    The account creation process on the Website has been the same since before July 2023, when Plaintiff alleges he signed up. Compl. at ECF 1 ¶ 8.

20.    True and correct copies of the Terms and Conditions and Fox Sports' Privacy Policy linked in the account creation page are attached hereto as **Exhibit A** and **Exhibit B**, respectively. These documents were in effect in July 2023 when Plaintiff alleges he signed up for the Website, and are the same versions of the documents currently posted on the Website (as of the date of this declaration).

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___12/5/2024___, in Sydney, New South Wales, Australia.



Cate Hefele

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

- 5 -

Case No. 3:24-cv-04923-VC

DECLARATION OF CATE HEFELE