# EXHIBIT 2

HOLLAND & KNIGHT LLP
Ashley L. Shively
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910
E-mail: *ashley.shively@hklaw.com*

*Attorney for Defendants Fox Sports Australia*
*Pty Limited and Fox Sports Streamco Pty Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH BLAKELEY, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> The NATIONAL RUGBY LEAGUE, and Australian Public Company, FOX SPORTS AUSTRALIA PTY LIMITED, an Australian Private Company, and FOX SPORTS STREAMCO PTY LIMITED, an Australian Private Company, <br><br> Defendants. | Case No.: 3:24-cv-04923-VC <br><br> **DECLARATION OF IBRAHIM ABDALLA** |

I, Ibrahim Abdalla, declare as follows:

1. I am the Director of Product Technology at the Foxtel Group and have held that position since October 2020. I commenced employment at Fox Sports Australia Pty Limited in August 2011 and in September 2020 my employment was transferred to Foxtel Management Pty Limited ("Foxtel"), another entity in the Foxtel Group. I submit this declaration in support of the Fox Sports Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

2.     Fox Sports StreamCo Pty Limited ("Fox Sports StreamCo") is a wholly owned subsidiary of Fox Sports Australia Pty Limited ("Fox Sports Australia" and collectively with Fox Sports StreamCo, "Fox Sports Defendants").

3.     The Fox Sports Defendants and Foxtel are part of the Foxtel Group.

4.     I lead technology for the streaming and advertising division of Foxtel Group. In my role, I am familiar with the Fox Sports Defendants' product technologies related to the watchnrl.com website ("the Website"). Unless otherwise stated, I have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

5.     The Fox Sports Defendants operate the Website which allows subscribers to stream National Rugby League ("NRL") matches and view related content such as scores and schedules. Subscribers are only permitted to stream content on the Website while outside of Australia, New Zealand and some Pacific Island Nations.

6.     The NRL is not involved in the day-to-day operation of the Website.

7.     The Complaint alleges that "[o]ut of Watch NRL's five server facilities, four are located within the United States[.]" ECF 1 ¶ 15(a). That is incorrect. The Fox Sports Defendants do not own or operate any servers in California or anywhere else in the United States, nor do they operate any "server facilities" in the U.S.

8.     The Website is deployed through Amazon Web Services ("AWS"), which provides a cloud environment with data centers around the world. The Website is hosted on AWS servers that sit inside AWS data centres on the East Coast of the United States in Virginia and in Southeast Asia.

9.     The Website's Video on Demand content is transcoded in AWS, in its Sydney [Australia] Region data center. Video transcoding is the process of converting video files from one format to another by adjusting parameters such as resolution, encoding, and bitrate. Transcoding allows a service to optimize video quality for end users, as well as creates the different formats that enables the various devices to consume the content based on their capabilities.

10.     Live video content available on the Website is hosted on servers inside data centres located in the suburbs outside of Sydney, Australia.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

- 2 -     Case No. 3:24-cv-04923-VC

DECLARATION OF IBRAHIM ABDALLA

11.     More specifically, NRL matches are played mostly in Australia. The broadcast is transmitted to a live encoder machine located in Australia, where it is encoded into various formats for streaming, and then sent to a vendor for storage on the vendor's server's in Sydney, Australia. In other words, when subscribers live stream a match on the Website, that video is retrieved from an Australian-based server as source of origin.

12.     The complaint alleges that "[t]he majority of Watch NRL's Point of Presence ('POP') servers are located within the U.S." ECF ¶ 15(c). Point of Presence ("PoP") is a physical location or access point that connects users to the Internet. When a person accesses a website, the request is routed through the closest PoP. The PoP used is determined by the user's location, so as to minimize latency and optimize performance in delivery of the website. This is true for any person, anywhere in the world, accessing any website. Thus, a user in London, England would be routed through a PoP in the United Kingdom or Europe. Similarly, a user in Singapore would be routed through a PoP in that region. The Fox Sports Defendants do not own PoP servers in the United States or contract for PoP services specific to the United States.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____12/5/2024_____, in New South Wales, Australia.

Signed by:

*Ibrahim Abdalla*
—09560C1C698D4D6...
Ibrahim Abdalla

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

- 3 -                                    Case No. 3:24-cv-04923-VC
DECLARATION OF IBRAHIM ABDALLA