# EXHIBIT 1

Michael McCutcheon, *Admitted Pro Hac Vice*
  michael.mccutcheon@bakermckenzie.com
Colleen E. Baime (State Bar No. 296770)
  colleen.baime@bakermckenzie.com
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 East Randolph Drive, Suite 3100
Chicago, Illinois 60601
Telephone:  312.861.2825
Facsimile:  312.861.2899

Nancy Sims (State Bar No. 215869)
  nancy.sims@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone:  310.201.4728
Facsimile:  310.201.4721

Attorneys for Defendant
NATIONAL RUGBY LEAGUE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH BLAKELY<br><br>                    Plaintiff,<br><br>vs.<br><br>NATIONAL RUGBY LEAGUE LIMITED, et al.<br><br>                    Defendants. | Case No. 3:24-cv-04923-VC<br><br>Complaint filed: August 9, 2024<br><br>**DECLARATION OF ANDREW ABDO IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS FOR FORUM NON CONVENIENS**<br><br><br>Hearing Date: February 20, 2025<br>Time:              10:00 a.m.<br>Ctrm.:            4 – 17th Floor<br>Judge:           The Honorable Vice Chhabria<br><br>San Francisco Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

I, Andrew Abdo, declare as follows:

1.      I am the Chief Executive Officer of the National Rugby League Limited ("NRL"). I began working at NRL in August 2013.

2.      This declaration is based on my personal knowledge. If later called upon as a witness, I could and would competently testify to the matters stated herein.

3.      NRL is an Australian corporation with a registered office located at Rugby League Central, Driver Avenue, Moore Park NSW 2021. NRL is neither a California corporation nor registered to conduct business in California.

4.      NRL does not have an office, employees or directors in California. NRL does not own, use, or possess property in California. All of NRL's employees are located in Australia, New Zealand or the Pacific Islands.

5.      NRL does not consent to personal jurisdiction in the State of California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on __5 DECEMBER 2024__ in __SYDNEY__.

_____
Andrew Abdo
Chief Executive Officer

Case No: 3:24-cv-04923-VC
DECLARATION OF ANDREW ABDO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS